



# MEMORANDUM OPINION

No. 04-09-00243-CR, 04-09-00244-CR, and 04-09-00245-CR

Northington **BUTLER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CR-10542
Honorable Raymond Angelini, Judge Presiding

PER CURIAM

Sitting:      Rebecca Simmons, Justice
              Steven C. Hilbig, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  May 27, 2009

DISMISSED

Appellant has filed a motion to dismiss each of the above numbered appeals by withdrawing his notices of appeal. The motion is granted and these appeals are dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH